# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE CHATTANOOGA DIVISION

| | |
|---|---|
| JEANNEAN DOVE, | ) |
| | ) No. _____ |
| Plaintiff, | ) |
| v. | ) Judge _____ |
| | ) |
| SHAYNE OSBORNE and TRANSAM TRUCKING, INC., | ) Magistrate Judge _____ |
| | ) |
| | ) Jury Demand |
| Defendants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, Defendants, TransAm Trucking, Inc. and Shayne Osborne ("Defendants"), by counsel, file this Notice of Removal of this action from the Circuit Court in Hamilton County, Tennessee, where it is now pending, to the United States District Court for the Eastern District of Tennessee, based upon diversity of citizenship and an amount in controversy exceeding $75,000.00. The grounds for removal are as follows.

### Procedural Background

1. This action was commenced on or about July 12, 2023, by Plaintiff's filing of the Complaint in the Hamilton County Circuit Court in Dickson, Tennessee, Case No. 23C739 (the "Complaint"). True and accurate copies of the pleadings served upon the Defendants in this action are attached as Exhibit A.

2. The Complaint was served on Defendant TransAm Trucking, Inc., on July 28, 2023, by service upon its registered agent. Shayne Osborne was served with the Complaint on Jily 28, 2023. The Notice of Removal is being filed within thirty (30) days after service of the Complaint in the matter; therefore, the removal is timely in accordance with 28 U.S.C. § 1446.

3. The Complaint contains allegations of negligence (Complaint, p. 3) The Complaint seeks compensatory in the amount of $100,000.00 from Defendant. (Id. at p. 6)

4. The Plaintiff is a citizen and resident of Ooltewah, Tennessee. (Id., at ¶ 1)

5. Defendant TransAm Trucking, Inc., is a limited liability corporation organized under the laws of the State of Kansas, with its principal place of business in Oathe, Kansas. Defendant Shayne Osborne is a citizen of Polk City, Florida.

6. The United States District Court for the Eastern District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of the real parties, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

7. A copy of this Notice of Removal is being served by United States Mail on counsel for Plaintiff, and a Notice of Filing of Notice of Removal is being filed with the Hamilton County Circuit Court in Chattanooga, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies of those notices are attached as Exhibit B.) The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

8. Defendants also demand a jury to try this case.

WHEREFORE, Defendant, TransAm Trucking, Inc., and Shayne Osborne pray this Court consider the Notice of Removal as provided by law governing removal of cases to this Court and that this Court enter the appropriate orders to effect the removal of this case from the Hamilton County Circuit Court to this Court.

Respectfully submitted,

LEWIS THOMASON, P.C.


By: /s/ *John R. Tarpley*
    John R. Tarpley, BPR # 9661
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    (615) 259-1366

    *Attorney for TransAm Trucking, Inc. and Shayne Osborne*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Removal was filed electronically. Notice of this filing will be served on the following counsel of record via the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. mail and/or email.

    David L. Barry, Esq.
    William Leach, Esq.
    Wettermark & Keith, LLC
    1232 Premier Dr., Ste. 325
    Chattanooga, TN 37421

This the 25th day of August, 2023.

    /s/ *John R. Tarpley*
    John R. Tarpley

3

Case 1:23-cv-00188-KAC-SKL  Document 1  Filed 08/25/23  Page 3 of 3  PageID #: 3