UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JEANEAN DOVE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 1:23-CV-188-KAC-SKL |
| SHAYNE OSBOURNE and TRANSAM TRUCKING, INC., | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

In the Order Dismissing Action [Doc. 13] the Court **DISMISSED** this action. Accordingly, the Court **DIRECTS** the Clerk to close this case.

**SO ORDERED**.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
   *s/ LeAnna R. Wilson*
   CLERK OF COURT